# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **KERRY YOUNG, on behalf of himself and all similarly situated persons,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | No. 1:17-cv-02829-STA-jay |
| **WH ADMINISTRATORS, INC.,** ) ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Rule 41(a)(2) Motion and Supporting Memorandum for Voluntary Dismissal with Prejudice, which was filed on June 6, 2019. (ECF No. 109.) Defendant has consented to the dismissal pursuant to the parties' confidential settlement. Finding Plaintiff's Motion well-taken, the Court **ORDERS** that the Motion for Voluntary Dismissal is **GRANTED**. The action is hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: June 6, 2019