UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **TENNESSEE TRACTOR, LLC,**<br>**KERRY YOUNG,** *on behalf of himself*<br>*and all similarly situates persons*,<br>**ET AL.,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**WH ADMINISTRATORS, INC.,**<br><br>    **Defendant.** | **JUDGMENT IN A CIVIL CASE**<br><br><br><br><br><br><br><br>CASE NO: 17-2829-STA-jay |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal with Prejudice entered on June 6, 2019, this cause is hereby **DISMISSED** with prejudice.

                                                    APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/6/2019                        THOMAS M. GOULD
                                      **Clerk of Court**

                                       s/Maurice B. BRYSON
                                      (By)  Deputy Clerk